This is to advise that on August 28, 2007

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 07-131

In action

Ct. No. 05-00522

Tianjin Machinery Import & Export Corp.
and Shandong Huarong Machinery Co., Ltd.,

(Plaintiffs,)

v.

United States,
(Defendant,)

and

Ames True Temper
(Defendant Intervenors.)