This is to advise that on January 4, 2011

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 11-01

In action

Ct. No. 05-00522

Tianjin Machinery Import & Export Corp.
and Shandong Huarong Machinery Co., Ltd.,

(Plaintiffs,)

V.

United States,

(Defendant,)

and

Ames True Temper
(Defendant Intervenor.)